```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
LEIGH ANNE ZAPPIN,                     :   15 Civ. 7271 (PKC) (JCF)
                                       :
                Plaintiff,             :   REPORT AND
                                       :   RECOMMENDATION
     - against -                       :
                                       :
HARRIET NEWMAN COHEN and COHEN         :
RABIN STINE SCHUMAN LLP,               :
                                       :
                Defendants.            :
- - - - - - - - - - - - - - - - - - - :
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/16

TO THE HONORABLE P. KEVIN CASTEL, U.S.D.J.:

The complaint in this action was filed on September 15, 2015, and a summons was issued on September 17, 2015. However, service was never effected on the defendants. By Order dated February 11, 2016, I directed the plaintiff to submit by February 29, 2016, a letter setting forth any reasons why the action should not be dismissed. The plaintiff never responded. I therefore recommend that the complaint be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of the Honorable P. Kevin Castel, U.S.D.J., Room 1020, and to the chambers of the undersigned, Room 1960, 500 Pearl Street, New York, New York

10007.  Failure to file timely objections will preclude appellate review.

                        Respectfully submitted,

                        */s/ James C. Francis IV*
                        JAMES C. FRANCIS IV
                        UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 8, 2016

Copies mailed this date:

Leigh Anne Zappin
1827 Washington Blvd.
Huntington, WV 25701